UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL CANTU SALINAS,<br><br>Defendant. | Case No. 1:90-cr-00041-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Defendant Manuel Cantu Salinas's unopposed Motion for Early Termination of Supervised Release (Dkt. 306). For the reasons explained below, the Court will grant the motion.

## DISCUSSION

In 1992, Salinas was convicted of one count of engaging in a continuing criminal enterprise to distribute cocaine and two counts of distributing cocaine. He was sentenced to life imprisonment, but that sentence was reversed because it was based on an erroneous drug quantity calculation. Mr. Salinas was then sentenced to

360 months of imprisonment followed by five years of supervised release. Mr. Salinas' sentence was again reduced after the November 2104 amendments to the sentencing guidelines.

Salinas began serving his five-year term of supervised release on October 30, 2015. His conduct on supervision has been perfect; he has found a steady job; and he has paid off the entirety of his $14,000 fine. Beginning in September 2016, the United States Probation Office transferred him to "administrative supervision," which means that Mr. Salinas typically just submits a monthly report to the probation office. Salinas is seeking an early termination of supervised release because he would like greater freedom to travel with his parents to visit family living in Texas and Mexico.

A district court may grant an early termination of a remaining term of supervised release after one year of supervised release has elapsed and after the court considers certain factors in 18 U.S.C. § 3553(a), if the defendant's conduct and the interests of justice so warrant. 18 U.S.C. § 3583(e)(1). After having carefully considered these factors, and the facts and circumstances reported in defendant's motion, the Court concludes that Mr. Salinas's conduct and the interests of justice warrant early release from supervision.

# ORDER

**IT IS ORDERED THAT** Defendant's Motion for Early Termination of Supervised Release (Dkt. 306) is **GRANTED.**

DATED: December 20, 2019

_____
B. Lynn Winmill
U.S. District Court Judge